# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IPSEN BIOPHARM LTD., IPSEN PHARMA SAS, and IPSEN SA, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-cv-02593 |
| GALDERMA LABORATORIES, L.P., and GALDERMA RESEARCH & DEVELOPMENT, LLC, | § § § § | |
| Defendants. | § § | |

**[PROPOSED] FINAL JUDGMENT**

WHEREAS Ipsen Biopharm Ltd., Ipsen Pharma SAS, Ipsen SA (collectively, "Ipsen"), Galderma Laboratories, L.P., and Galderma Research & Development, LLC (collectively, "Galderma") (all collectively, the "Parties") engaged in ICC Arbitration No. 26409/PAR, which resulted in an award issued on September 27, 2023 (the "ICC Award"); and

WHEREAS Ipsen filed the above-captioned Petition to Confirm Arbitration Award on November 22, 2023, requesting that the Court confirm the ICC Award as a judgment of this Court;

WHEREAS Galderma filed an answer and counterclaim on December 29, 2023, also requesting that the Court confirm the ICC Award as a judgment of this Court; and

WHEREAS this Court has authority to confirm the complete ICC Award as a judgment of this Court under the Federal Arbitration Act and the New York Convention. *See* 9 U.S.C. § 201; Convention, Art. I, June 10, 1958, 84 Stat. 692, 21 U.S.T. 2517.

The Parties hereby agree to a **FINAL JUDGMENT** resolving this matter as follows:

**IT IS HEREBY ORDERED** that the ICC Award is **CONFIRMED** as a **FINAL JUDGMENT** of this Court against all of the Parties in its entirety.[1]

**IT IS FURTHER ORDERED** that, in accordance with the ICC Award, Galderma shall:

(a)   Assign BLA 761311 to Ipsen Biopharm Ltd., and transfer: (i) to the extent not already transferred, a complete copy of BLA 761311, (ii) all supplements, amendments, records, and regulatory dossiers related to BLA 761311, and (iii) a copy of all material communications exchanged with the FDA concerning BLA 761311; and

(b)   Be enjoined from filing any future regulatory applications with the FDA in their own name, which seek approval to market QM-1114.

**IT IS FURTHER ORDERED** that, in accordance with the ICC Award, Ipsen shall:

(c)   Be enjoined from taking any action that prevents, delays, or otherwise obstructs the filing, regulatory assessment and approval, and subsequent commercialization of QM-1114 for dermatological indications (unless such action is justified by any future breach by Galderma of applicable legislation or agreement between the parties); and

(d)   Procure as far as is legally possible that they and their affiliates take any action, or refrain from taking any action, as may be necessary to ensure full compliance with the ICC Award.

---

[1]   A copy of the ICC Award has already been filed under seal with the Court.  *See* ECF No. 27 at Ex. 1.

**IT IS FURTHER ORDERED** that the Parties shall complete the affirmative requirements of this Final Judgment listed in subsection (a) above within seven days of the entry of this Final Judgment.

**IT IS SO ORDERED.**

_____
SIDNEY A. FITZWATER, SENIOR JUDGE
UNITED STATES DISTRICT JUDGE